# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE/ARRAIGNMENT** |
| v. | **AND PLEA MINUTES** |
| **RONNIE JACKSON** | CASE NUMBER **23-CR-77** |

| | |
|---|---|
| HONORABLE Stephen C. Dries, presiding | Court Reporter: Liberty |
| Deputy Clerk: Katina Hubacz | Hearing Began: 1:31:18 |
| Hearing Held: June 22, 2023 at 1:30 PM | Hearing Ended: 1:36:24 |

**Appearances:**

UNITED STATES OF AMERICA by: Peter Smyczek
RONNIE JACKSON, in person, and by: Robert LeBell    ☑ CJA  ☐ FDS  ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None  ☐ Sworn

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | August 31, 2023 | District Judge: | J P Stadtmueller |
| Plea Deadline: | TO BE SET | Bond Judge: | |
| Final Pretrial Report | TO BE SET | Magistrate Judge: | Stephen C. Dries |
| Final Pretrial Conf.: | TO BE SET | Motions Due: | TO BE SET |
| Jury Trial Date: | TO BE SET | Responses Due: | TO BE SET |
| Trial Length Estimate: | _____ | Replies Due: | TO BE SET |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☐ Indictment read  ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant  ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: first round distributed – need hard drive for second round

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted  ☐ Denied
  ☐ Referred to Stephen C. Dries
☐ Case designated complex
☑ **Counsel Only Scheduling Conference:**
  **July 27, 2023 at 9:00 AM via telephone**
  **before Magistrate Judge Stephen C. Dries**

Maximum Penalties:
Ct 1: 20 yrs IMP, $250,000 fine, (30 yrs, $1 mil fine), 3 yrs SR, $100 SA
Ct 27: 10 yrs IMP, $250,000 fine, 3 yrs SR, $100 SA – if personal injury results: 20 yrs IMP, $250,000 fine, 3 yrs SR – if death results, life IMP and $250,000 fine
Ct 28: mand min 5-10 yrs, 3 yrs SR, $100 SA – if death results: life or death penalty
Ct 29: 5 yrs IMP, $250,000 fine, 3 yrs SR, $100 SA
**BOND:**
Deft is in state custody. Court orders federal detainer.
**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.