# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ronnie Jackson | ) | Case No. 23-cr-77 |
| dob: 12/16/1999 | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Ronnie Jackson, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1349 - Mail Fraud Conspiracy
18 U.S.C. 1958 &2(a) -Conspiracy to commit murder for hire and murder for hire
18 U.S.C. 371 -Conspiracy to commit a substantive offense

Date: 04/26/2023

s/ Linda M. Zik, Deputy Clerk
*Issuing officer's signature*

City and state: Milwaukee, Wisconsin

Gina M. Colletti, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/26/2023, and the person was arrested on *(date)* 6/8/2023 at *(city and state)* Milwaukee, WI.

Date: 6/8/2023

*Arresting officer's signature*

Benjamin Grams, DUSM
*Printed name and title*