# COURT MINUTES OF JURY TRIAL

UNITED STATES OF AMERICA

    v.                                               CASE NO. 23-CR-77-JPS

RONNELL BOWMAN and LAWRENCE TURNER

## HON. J. P. STADTMUELLER PRESIDING

DATE: Feb. 23–March 2, 2026             TIME SCHEDULED: Feb. 23, 2026, 8:30 a.m.

COURT DEPUTY/CLERK: Caitlin Willenbrink     TIME CALLED: Feb. 23, 2026, 8:33 a.m.

COURT REPORTER: Tom Malkiewicz          TIME FINISHED: March 2, 2026, 4:13 p.m.

PLAINTIFF BY: Laura Kwaterski and Michael Schindhelm

DEFENDANT RONNELL BOWMAN in person and BY: Robert Webb
DEFENDANT LAWRENCE TURNER in person and BY: Peter Moyers

Notes:

### Monday, February 23, 2026

8:33 a.m.      Case called; appearances; FBI Special Agent Jacob Dettmering is seated at counsel table with Government; Court asks whether parties have any preliminary matters to address; Government notes stipulations and updated exhibit and witness list submitted recently; Defendants have nothing further

8:35    Court discusses jury selection

8:42    Court inquires of parties as to likely length of presentation of each's evidence; Government responds; Defendants respond

8:43    Court stands in recess pending assembly of the jury panel

\* \* \*

9:48    Jury enters; Court reconvenes; case called; appearances

9:49    Court delivers opening comments

9:52    Venire panel sworn

9:53    Court continues preliminary instructions, gives brief overview of case and voir dire process

10:04   Each of the first 32 panelmembers gives introductory information, including name, age, address (community, county, or township, not street addresses), marital status, children, education, occupation and employer (currently or as of retirement), and their spouse's occupation and employer (currently or as of retirement); Court asks follow-up questions to some panelmembers'

responses to introductory prompts

10:22 Court begins the voir dire process for all panelmembers

10:23 Court asks whether any panelmembers have a disability or health condition that will interfere with their ability to participate in the trial; panelmembers 1, 11, 13 respond affirmatively and provide further information

10:25 Court asks whether any panelmembers have personal or business matters that will interfere with their ability to participate in trial, according to the schedule outlined; panelmembers 9, 11, 20, 22, 28 respond affirmatively and provide further information; Court asks further question of panelmember 22 and he responds

10:30 Court explains trial schedule and asks whether any panelmember will have a problem attending; no panelmembers respond

10:31 Court asks whether any panelmembers know or have had contact with either attorney serving as counsel for the Government, or have had any association with the United States Attorney's Office in Milwaukee; no panelmembers respond

10:32 Court asks whether any panelmembers know or have had any contact with Defendant Bowman or his attorney; no panelmembers respond

10:33 Court asks whether any panelmembers know or have had any contact with Defendant Turner or his attorney; panelmember 39 responds; Court asks whether this would impact panelmember 39's ability to serve as a juror in this matter; panelmember 39 responds affirmatively and provides further information

10:37 Government identifies prospective witnesses; Court asks whether any panelmembers know any of these prospective witnesses or have had any contact with them; panelmember 4 responds affirmatively and provides further information

10:41 Defendant Bowman's attorney identifies prospective witnesses; Court asks whether any panelmembers know any of these prospective witnesses or have had any contact with them; no panelmembers respond

10:43 Defendant Turner's attorney has no further prospective witnesses

10:43 Court stands in recess to permit restroom break

* * *

10:46 Court reconvenes

10:46 Court asks whether any panelmembers know or have read anything about this case or anyone having anything to do with it; no panelmembers respond

10:47 Court asks whether any panelmembers have previously served as a member of jury in a federal or state court or a military court-martial, in a civil or criminal case, in which they were actually selected to the jury, heard evidence, deliberated, and returned a verdict; panelmembers 4, 9, 12, 19, 23, 33, 34 respond affirmatively and provide further information; for those panelmembers who responded affirmatively, Court asks whether anything that occurred during their prior jury service would impact their ability to now serve as a fair and impartial juror in the present case, if selected; no panelmembers respond

10:52 Court asks whether any panelmember has ever been the victim of criminal conduct, which experience would impact his or her ability to serve as a fair and impartial juror in the present case; no panelmembers respond

10:54 Court asks whether any panelmember has any family member or loved one in or formerly in law enforcement; panelmembers 1, 4, 7, 15, 20, 22, 27, 30 respond affirmatively and provide

further information; for those panelmembers who responded affirmatively, Court asks whether these relationships would impact their ability to now serve as a fair and impartial juror in the present case, if selected; no panelmembers respond

10:57    Court asks whether any panelmember has a close relationship with an individual employed in law enforcement and accordingly discusses that person's work in law enforcement with them on a regular basis; panelmembers 14, 44 respond affirmatively and provides further information; Court asks whether these relationship or discussions would impact these panelmembers' ability to listen to evidence in this case, apply the Court's instructions, and render a verdict accordingly; panelmembers respond no

11:01    Court asks whether any panelmembers have studied law, law enforcement, or a related field, or have been employed in a law-related field; no panelmembers respond

11:02    Court asks whether any panelmembers have testified under oath in a court-related proceeding, administrative proceeding, or legislative hearing; panelmembers 8, 23 respond; for those panelmembers who responded affirmatively, Court asks whether this experience would impact their ability to now serve as a fair and impartial juror in the present case, if selected; no panelmembers respond

11:04    Court asks whether any panelmembers themselves or any member of their family has been affected by gun violence; panelmember 11 responds affirmatively and provides further information

11:05    Court asks whether any panelmember has particular feelings about firearms such that he or she would be unable to be fair and impartial to the parties in this case; no panelmembers respond

11:06    Court notes that witnesses who have cooperated with the government in exchange for leniency will testify in this matter, and asks whether any panelmember could not evaluate such testimony fairly and impartially; no panelmembers respond

11:08    Court asks whether any panelmember shares the view that, because someone is charged with criminal wrongdoing, he or she must be guilty of something; no panelmembers respond

11:08    Court asks whether any panelmember would be unable to follow the Court's instructions on the law; no panelmembers respond

11:09    Court asks whether any panelmember has particular views about our system of justice, including lawyers and judges, who would be unable to be fair and impartial in this matter; no panelmembers respond

11:09    Court asks whether any panelmember holds any moral, religious, or philosophical beliefs that would impact his or her ability to be fair and impartial in this matter; no panelmembers respond

11:10    Court asks whether any panelmember has had any experience not disclosed in previous answers to the Court's questions, which might affect his or her ability to serve as a fair and impartial juror in this matter; no panelmembers respond; Court restates question; no panelmembers respond

11:11    Court holds sidebar with counsel

* * *

11:17    Court reconvenes; panelmembers 1, 4, 9, 11, 13, 20 will be excused for cause

11:19    Court asks panelmember 25 a further question; panelmember 25 responds

11:20    Court directs panelmembers 33–38 to respond to initial round of questions

11:23    Court notes that panelmembers who just responded to initial questions were present for Court's earlier voir dire questions, but asks whether of these panelmember believes they should have

responded to these earlier voir dire questions; no panelmember responds

11:24   Parties exercise their peremptory strikes

11:50   Court holds sidebar with counsel

11:53   Court excuses venire panel for lunch and instructs panelmembers to return at 1:00 p.m., at which time final jury list will be published; will address additional questions of panelmember 28 during recess; provides further instructions to panel; Court stands in recess insofar as the venire panel is concerned

* * *

11:59   Court asks panelmember 28 further questions regarding her schedule and education level; panelmember responds

12:00 p.m.   Government asks further question of panelmember 28; panelmember responds

12:01   Defendants have no further questions of this panelmember 28

12:01   Court invites parties to make record regarding concerns about this panelmember; Government does so, specifically Defendant Bowman's *Batson* challenge to Government's peremptory strike of this panelmember and Government's response thereto

12:03   Attorney Webb has nothing further to add

12:03   Court comments, noting that panelmember 44 is also African American; will permit Government's peremptory strike of panelmember 28 to stand

12:06   Parties have nothing further to make of record

12:06   Court stands in recess

* * *

1:01    Court reconvenes; case called; appearances; Court states that voir dire is complete

1:02    Court makes opening comments

1:02    Final jury list is published

1:07    Jury is sworn

1:07    Court comments to venire panelmembers who were not selected; excuses them

1:10    Court provides additional preliminary instructions to jury; provides further information about opening statements, presentation of evidence, jury instructions, closing statements, and deliberations

1:43    Court instructs court security officer to familiarize jury with jury room; provides further instructions to jury

1:45    Court stands in recess insofar as jury is concerned

1:47    Government makes record of parties' agreement as to motion in limine

1:47    Government notes witness testimony to be offered regarding ShotSpotter and parties' agreement, given limited scope of testimony to be offered, that expert testimony is not needed on this front

1:48    Parties have nothing further to make of record at this time

1:48    Court explains schedule for remainder of today and rest of trial days

* * *

2:01    Court reconvenes; jury reenters

2:04    Government's attorney Kwaterski delivers opening statement

2:25    Government's attorney Kwaterski concludes opening statement

2:26    Attorney Moyers delivers Defendant Turner's opening statement

2:36    Attorney Moyers concludes Defendant Turner's opening statement

| 2:36 | Attorney Webb delivers Defendant Bowman's opening statement |
|---|---|
| 2:47 | Attorney Webb concludes Defendant Bowman's opening statement |
| 2:48 | Government calls witness Joshua Hermann |
| 2:49 | Witness is sworn |
| 2:49 | Government's attorney Schindhelm begins direct examination of witness |
| 2:52 | Government references Ex. 1 |
| 2:55 | Government moves to admit Ex. 1; Court grants and receives Ex. 1 into evidence |
| 2:58 | Government references Ex. 2; moves to admit Ex. 2; Court receives Ex. 2 into evidence |
| 2:59 | Government references Exs. 19 and 20 |
| 3:00 | Government moves to admit Ex. 19; Court grants and receives Ex. 19 into evidence |
| 3:01 | Government moves to admit Ex. 20; Court grants and receives Ex. 20 into evidence |
| 3:06 | Government references Exs. 5A through 5E, inclusive, and moves to admit these exhibits into evidence; Attorney Webb objects to admission of any body-worn camera footage not belonging to Hermann; Court receives Ex. 5A (Hermann footage); Government further discusses exhibits; Attorney Webb withdraws objection; Court receives Exs. 5A through 5E, inclusive into evidence |
| 3:20 | Government concludes direct examination of Joshua Hermann |
| 3:20 | Attorney Webb begins Bowman's cross-examination of Joshua Hermann |
| 3:27 | Attorney Webb concludes Bowman's cross-examination of Joshua Hermann |
| 3:27 | Attorney Moyers begins Turner's cross-examination of Joshua Hermann |
| 3:28 | Attorney Moyers concludes Turner's cross-examination of Joshua Hermann |
| 3:28 | Government has nothing further |
| 3:28 | Joshua Hermann is excused |
| 3:28 | Government calls witness Roberto Hernandez called |
| 3:29 | Witness is sworn |
| 3:29 | Government reads parties' stipulation #6 as to Exs. 3, 4, 28, 29; moves to admit these exhibits into evidence; Court grants and receives these exhibits into evidence |
| 3:30 | Government's attorney Schindhelm begins direct examination of Roberto Hernandez |
| 3:42 | Government's attorney Schindhelm concludes direct examination of Roberto Hernandez |
| 3:42 | Attorney Webb begins Bowman's cross examination of Roberto Hernandez |
| 3:46 | Attorney Webb concludes Bowman's cross examination of Roberto Hernandez |
| 3:46 | Attorney Moyers begins Turner's cross examination of Roberto Hernandez |
| 3:47 | Attorney Moyers concludes Turner's cross examination of Roberto Hernandez |
| 3:47 | Government's attorney Schindhelm begins redirect examination of Roberto Hernandez |
| 3:48 | Government's attorney Schindhelm concludes redirect examination of Roberto Hernandez |
| 3:48 | Attorney Webb begins Bowman's re-cross examination of Roberto Hernandez |
| 3:48 | Attorney Webb concludes Bowman's re-cross examination of Roberto Hernandez |
| 3:48 | Turner has no further questions of Roberto Hernandez |
| 3:48 | Robert Hernandez excused |
| 3:48 | Counsel approaches bench for sidebar |
| 3:49 | Court instructs jury not to discuss this case while on recess, and to leave notebook on chair |
| 3:50 | Court stands in recess for 15 minutes |
| * * * | |
| 4:05 | Court reconvenes; jury reenters |
| 4:06 | Government calls Stephanie Seitz |

| | |
|---|---|
| 4:06 | Witness is sworn |
| 4:06 | Government's attorney Schindhelm begins direct examination of Stephanie Seitz |
| 4:11 | Government references Ex. 7 |
| 4:12 | Government moves to admit Ex. 7; Court grants and receives Ex. 7 into evidence |
| 4:20 | Government references Exs. 9 through 13, inclusive |
| 4:23 | Government moves to admit Exs. 9 through 13; Court grants and receives Ex. 9, 10, 11, 12, 13 into evidence |
| 4:36 | Government references Exs. 14, 15, 16, physical exhibits |
| 4:39 | Government moves to admit Exs. 14, 15, 16; Court grants and receives Ex. 14, 15, 16 into evidence |
| 4:41 | Government reads parties' stipulation #21 as to Ex. 50; moves to admit this exhibit into evidence; Court grants and receives this exhibit into evidence |
| 4:44 | Government moves to admit Ex. 17; Court grants and receives Ex. 17 into evidence |
| 4:50 | Government moves to admit Ex. 8; Court grants and receives Ex. 8 into evidence |
| 5:01 | Government references Ex. 75; Attorney Webb objects to Government's questioning regarding this exhibit; Court permits Government to reformulate questions |
| 5:05 | Government references Ex. 6, including 6A through 6F |
| 5:07 | Government moves to admit Ex. 6; Court grants and receives Ex. 6 into evidence |
| 5:22 | Defendants' attorneys object to Government's line of questioning regarding Ex. 5B on speculation grounds; Court states that video in Ex. 5B speaks for itself |
| 5:23 | Government's attorney Schindhelm concludes direct examination of Stephanie Seitz |
| 5:23 | Attorney Webb begins Bowman's cross examination of Stephanie Seitz |
| 5:25 | Attorney Webb references Ex. 154 |
| 5:27 | Government's attorney objects to Attorney Webb's line of questioning; Attorney Webb continues cross examination |
| 5:28 | Government's attorney objects; Court permits Attorney Webb to continue cross examination |
| 5:29 | Government's attorney objects; Court directs witness to respond |
| 5:38 | Attorney Webb concludes Bowman's cross examination of Stephanie Seitz |
| 5:39 | Attorney Moyers begins Turner's cross examination of Stephanie Seitz |
| 5:42 | Attorney Moyers concludes Turner's cross examination of Stephanie Seitz |
| 5:43 | Government's attorney Schindhelm begins redirect examination of Stephanie Seitz |
| 5:43 | Defense counsel objects to Government's question; Court sustains objection |
| 5:46 | Government's attorney Schindhelm begins redirect examination of Stephanie Seitz |
| 5:46 | Attorney Webb begins Bowman's re-cross examination of Stephanie Seitz |
| 5:48 | Attorney Webb concludes Bowman's re-cross examination of Stephanie Seitz |
| 5:48 | Parties have no further questions of Stephanie Seitz |
| 5:48 | Stephanie Seitz is excused |
| 5:48 | Court provides parting instructions to jury |
| 5:49 | Jury is excused |
| 5:50 p.m. | Court stands in recess for the day |

**Tuesday, February 24, 2026**

| | |
|---|---|
| 8:39 a.m. | Case called; appearances |
| 8:40 | Jury reenters |

| | |
|---|---|
| 8:40 | Government reads parties' stipulation #1 as to Exs. 105, 137, 146, 147, 150; stipulation #15 as to Exs. 122, 123, 124, 131; stipulation #16 as to Ex. 126; stipulation #17 as to Exs. 127, 128; stipulation #18 as to Exs. 132, 145; stipulation #19 as to Ex. 135; stipulation #2 as to Exs. 106, 108; stipulation #21 as to Exs. 50, 55, 58, 65, 74, 80, 81, 97, 103, 104, 143, 148; moves to admit these exhibits into evidence; Court grants and receives these exhibits into evidence |
| 8:44 | Government calls Ronnie Jackson |
| 8:45 | Witness is sworn |
| 8:45 | Government's attorney Schindhelm begins direct examination of Ronnie Jackson |
| 8:51 | Government moves to admit Ex. 82I (also subject to parties' stipulation #21 and part of Ex. 80 or 81); Court grants and receives Ex. 82I into evidence |
| 8:51 | Witness identifies Defendant Lawrence Turner |
| 8:52 | Government moves to admit Ex. 99B (also subject to parties' stipulation #21 and part of Ex. 97); Court grants and receives Ex. 99B into evidence |
| 8:53 | Witness identifies Defendant Ronnell Bowman |
| 8:53 | Government references Exs. 57C and 57D (subject to parties' stipulation #21 and part of Ex. #55) |
| 8:55 | Government moves to admit Ex. 151D; Court grants and receives Ex. 151D into evidence |
| 8:58 | Government moves to admit Ex. 82E (also subject to parties' stipulation #21 and part of Exs. 80 or 81); Court grants and receives Ex. 82E into evidence |
| 9:02 | Government references Ex. 61I (also subject to parties' stipulation #21 and part of Ex. 58) |
| 9:06 | Government moves to admit Ex. 61B (also subject to parties' stipulation #21 and part of Ex. 58); Court grants and receives Ex. 61B into evidence |
| 9:07 | Government references Ex. 61N (also subject to parties' stipulation #21 and part of Ex. 58) |
| 9:09 | Attorney Webb objects to Government's question; Court questions witness and directs him to answer |
| 9:10 | Government references Exs. 61C and 61A (also subject to parties' stipulation #21 and part of Ex. 58) |
| 9:12 | Attorney Webb objects to Government's question; Court overrules objection |
| 9:14 | Government moves to admit Ex. 61A (also subject to parties' stipulation #21 and part of Ex. 58); Court grants and receives Ex. 61A into evidence |
| 9:15 | Government references Ex. 69 (also subject to parties' stipulation and part of Ex. 65) |
| 9:24 | Government moves to admit Ex. 136; Court grants and receives Ex. 136 into evidence |
| 9:27 | Government moves to admit Ex. 21A through 21F, inclusive; Court grants and receives Ex. 21 through 21F into evidence |
| 9:35 | Government moves to admit Ex. 38B; Court grants and receives Ex. 38B into evidence |
| 9:43 | Government references Ex. 59 (subject to parties' stipulation #21 and part of Ex. 58) |
| 9:45 | Government references Ex. 52 (subject to parties' stipulation #21 and part of Ex. 50) |
| 9:58 | Government moves to admit Exs. 64A, 64B (also subject to parties' stipulation #21 and part of Ex. 58); Court grants and receives Ex. 64A, 64B into evidence |
| 10:02 | Attorney Webb objects to Government's question; Court overrules objection |
| 10:10 | Government moves to admit Ex. 60 (also subject to parties' stipulation #21 and part of Ex. 58); Court grants and receives Ex. 60 into evidence |
| 10:15 | Government references Ex. 96 (subject to parties' stipulation #21 and part of Exs. 80 or 81) |
| 10:31 | Court stands in recess |

\* \* \*

10:46 Court reconvenes; jury reenters

10:47 Government's attorney Schindhelm resumes direct examination of Ronnie Jackson

10:57 Government references Ex. 122C

11:01 Government references Ex. 125

11:04 Government references Ex. 130A

11:08 Government references Ex. 129

11:13 Government's attorney Schindhelm concludes direct examination

11:13 Attorney Moyers begins Turner's cross examination of Ronnie Jackson

11:16 Government's attorney Schindhelm objects to Attorney Moyers' question; Court overrules objection

11:19 Government's attorney Schindhelm objects to Attorney Moyers' question; Court further questions witness; Attorney Webb clarifies record

11:24 Government's attorney Schindhelm objects to Attorney Moyers' question; Attorney Moyers moves on and continues cross examination

12:12 p.m. Government's attorney Schindhelm objects to Attorney Moyers' question; Attorney Moyers moves on and continues cross examination

12:20 Government's attorney Schindhelm objects to Attorney Moyers' question; Court directs Attorney Moyers to move on

12:21 Attorney Moyers concludes Turner's cross examination of Ronnie Jackson

12:21 Attorney Webb begins Bowman's cross examination of Ronnie Jackson

12:24 Government's attorney Schindhelm objects to Attorney Webb's questions regarding Attorney Schindhelm's involvement in Jackon's state case, and Jackson's response thereto; Court directs jury to disregard this material

12:30 Government's attorney Schindhelm objects to Attorney Webb's rephrasing of transcript used to refresh witness's memory; Court directs that record reflect correct wording from transcript

12:33 Government's attorney Schindhelm objects to Attorney Webb's question; Court questions witness; Attorney Webb resumes cross examination

12:42 Government's attorney Schindhelm objects to Attorney Webb's questioning; Court directs Attorney Webb to move on

12:43 Court holds sidebar with counsel

12:43 Court instructs jury regarding lunch break

12:44 Court stands in recess

\* \* \*

1:39 Court reconvenes

1:40 Court holds sidebar with counsel

1:42 Jury reenters

1:43 Attorney Webb continues cross examination of Ronnie Jackson

1:56 Government's attorney Schindhelm objects; Court directs Government to clarify on redirect

1:59 Attorney Webb concludes cross examination of Ronnie Jackson

1:59 Parties have no further questions of this witness

1:59 Ronnie Jackson is excused

1:59 Government calls Charles Cloyd

2:00 Witness is sworn

| | |
|---|---|
| 2:00 | Government's attorney Schindhelm begins direct examination of Charles Cloyd |
| 2:01 | Government moves to admit Ex. 38A; Court grants and receives Ex. 38A into evidence |
| 2:03 | Government references Ex. 20 |
| 2:12 | Government concludes direct examination of Charles Cloyd |
| 2:12 | Attorney Moyers on behalf of Turner has no cross examination |
| 2:12 | Attorney Webb begins Bowman's cross examination of Charles Cloyd |
| 2:12 | Attorney Webb concludes Bowman's cross examination of Charles Cloyd |
| 2:12 | Parties have no further questions of this witness |
| 2:12 | Charles Cloyd is excused |
| 2:13 | Government calls Richard Connors |
| 2:13 | Witness is sworn |
| 2:13 | Government's attorney Kwaterski begins direct examination of Richard Connors |
| 2:20 | Government references Ex. 107 |
| 2:23 | Attorney Webb objects; Government asks questions to establish foundation |
| 2:27 | Government references Ex. 136 |
| 2:30 | Government references Ex. 106 |
| 2:42 | Attorney Webb objects; Government rephrases question |
| 3:11 | Government references Ex. 133A |
| 3:17 | Government references Ex. 144A |
| 3:30 | Court stands in recess |
| * * * | |
| 3:45 | Court reconvenes; jury reenters |
| 3:45 | Government's attorney Kwaterski continues direct examination of Richard Connors |
| 3:53 | Government's attorney Kwaterski concludes direct examination of Richard Connors |
| 3:53 | Attorney Moyers begins Turner's cross examination of Richard Connors |
| 4:03 | Attorney Moyers concludes Turner's cross examination of Richard Connors |
| 4:04 | Attorney Webb begins Bowman's cross examination of Richard Connors |
| 4:04 | Government objects to Attorney Webb's question and clarifies; Court questions witness and overrules objection |
| 4:06 | Attorney Webb references defense Ex. 158 |
| 4:24 | Government objects to Attorney Webb's question; Court overrules objection |
| 4:24 | Attorney Webb concludes Bowman's cross examination of Richard Connors |
| 4:24 | Parties have no further questions of this witness |
| 4:25 | Richard Connors is excused |
| 4:25 | Court instructs jury regarding breaking for the day and reconvening tomorrow |
| 4:26 | Court stands in recess insofar as jury is concerned |
| 4:26 | Jury exits |
| 4:27 | Government updates Court on projected timeline for presentation of evidence |
| 4:27 p.m. | Court stands in recess for the day |

**Wednesday, February 25, 2026**

| | |
|---|---|
| 8:33 a.m. | Case called; appearances |
| 8:33 | Court addresses initial matters |

| Time | Event |
|---|---|
| 8:35 | Jury reenters |
| 8:36 | Government calls Jacob Puschnig |
| 8:36 | Witness is sworn |
| 8:37 | Government attorney Schindhelm begins direct examination of Jacob Puschnig |
| 8:46 | Government references Ex. 18; moves to admit Ex. 18; Court grants and receives Ex. 18 into evidence |
| 8:49 | Government references Exs. 21A through 21F, previously admitted into evidence |
| 8:52 | Government references Ex. 51, previously admitted into evidence pursuant to parties' stipulation as to Ex. 50 |
| 8:58 | Government references Ex. 54, previously admitted into evidence pursuant to parties' stipulation as to Ex. 50 |
| 9:00 | Government references Ex. 52, previously admitted into evidence pursuant to parties' stipulation as to Ex. 50 |
| 9:02 | Government references Ex. 53, previously admitted into evidence pursuant to parties' stipulation as to Ex. 50 |
| 9:03 | Government references Ex. 3C, previously admitted into evidence |
| 9:04 | Government references Ex. 8, previously admitted into evidence |
| 9:14 | Government references Exs. 30, 31, 32, 37; moves to admit Exs. 30, 31, 32, 37; Court grants and receives Ex. 30, 31, 32, 37 into evidence |
| 9:17 | Government references Ex. 27; moves to admit Ex. 27; Court grants and receives Ex. 27 into evidence |
| 9:20 | Government moves to admit Ex. 45 into evidence, pursuant to parties' stipulation #5; Court grants and receives Ex. 45 into evidence |
| 9:21 | Government references Ex. 46, slide 14; moves to admit Ex. 46, slide 14; Court grants and receives Ex. 46, slide 14 into evidence |
| 9:27 | Government references Exs. 75A and 75B, previously admitted into evidence pursuant to parties' stipulation as to Ex. 74 |
| 9:29 | Government references Ex. 77, previously admitted into evidence pursuant to parties' stipulation as to Ex. 74 |
| 9:43 | Government's attorney Schindhelm concludes direct examination of Jacob Puschnig |
| 9:43 | Attorney Webb begins Bowman's cross examination of Jacob Puschnig |
| 9:45 | Government references Ex. 52 (also subject to parties' stipulation #21 and part of Ex. 50) |
| 9:52 | Government objects to Attorney Webb's question; Attorney Webb clarifies; Court directs Attorney Webb to reserve this question for the appropriate witness who will testify later |
| 9:54 | Government objects to Attorney Webb's question; Court permits witness to answer if he is able |
| 10:20 | Attorney Webb concludes Bowman's cross examination of Jacob Puschnig |
| 10:20 | Attorney Moyers begins Turner's cross examination of Jacob Puschnig |
| 10:22 | Attorney Moyers concludes Turner's cross examination of Jacob Puschnig |
| 10:22 | Government's attorney Schindhelm begins redirect examination of Jacob Puschnig |
| 10:26 | Government's attorney Schindhelm concludes redirect examination of Jacob Puschnig |
| 10:27 | Attorney Webb begins Bowman's re-cross examination of Jacob Puschnig |
| 10:28 | Attorney Webb concludes Bowman's re-cross examination of Jacob Puschnig |
| 10:29 | Attorney Moyers has no re-cross examination |
| 10:29 | Jacob Puschnig is excused |

10:29 Court stands in recess

* * *

10:46 Court reconvenes; jury reenters

10:47 Government calls Domminic Canzoneri

10:47 Witness is sworn

10:48 Government's attorney Kwaterski begins direct examination of Domminic Canzoneri

10:48 Government references Ex. 151D, previously admitted into evidence

10:51 Government references Ex. 151E

10:54 Government references Ex. 45, previously admitted into evidence

10:59 Government references Ex. 21, previously admitted into evidence

11:03 Government's attorney Kwaterski concludes direct examination of Domminic Canzoneri

11:03 Attorney Webb begins Bowman's cross examination of Domminic Canzoneri

11:04 Attorney Webb concludes Bowman's cross examination of Domminic Canzoneri

11:04 Attorney Moyers begins Turner's cross examination of Domminic Canzoneri

11:07 Attorney Moyers concludes Turner's cross examination of Domminic Canzoneri

11:07 Parties have no further questions of this witness

11:07 Domminic Canzoneri is excused

11:08 Government calls Chase Nanez

11:09 Witness is sworn

11:09 Government's attorney Kwaterski begins direct examination of Chase Nanez

11:12 Witness identifies Ronnell Bowman

11:14 Witness identifies Lawrence Turner

11:20 Government references Exs. 56A, 56B, 56C, 56D, 56E, previously admitted into evidence pursuant to parties' stipulation as to Ex. 55

11:39 Government references Exs. 57A, 57B, 57C, 57D, 57E, 57G, 57H, 57I, 57J, 57L, 57N previously admitted into evidence pursuant to parties' stipulation as to Ex. 55

11:45 Attorney Webb objects to Government's question on speculation grounds; Government clarifies question

11:57 Government references Exs. 134A, 134B, 134D, 134F, 134K, 134M, 134S, 134T

12:04 Attorney Webb objects to Government's questioning on relevance grounds; Government responds; Court directs Government to move on

12:06 Government references Exs. 34A, 34B

12:06 Attorney Webb objects to Government's questioning on speculation grounds; Government clarifies question

12:08 Attorney Moyers objects to Government's question on leading grounds; Court overrules objection

12:08 Government's attorney Kwaterski concludes direct examination of Chase Nanez

12:08 Attorney Moyers begins Turner's cross examination of Chase Nanez

12:15 Attorney Moyers concludes Turner's cross examination of Chase Nanez

12:16 Attorney Webb begins Bowman's cross examination of Chase Nanez

12:21 Attorney Webb references Ex. 57N, previously admitted into evidence

12:25 Government objects to Attorney Webb's questioning; Attorney Webb explains purpose, will connect questions in closing, proceeds

12:27 Government objects to Attorney Webb's questioning on grounds that it misstates prior

testimony; Court permits witness to answer

12:29 Attorney Webb concludes Bowman's cross examination of Chase Nanez

12:29 Parties have no further questions of this witness

12:29 Chase Nanez is excused

12:30 Court stands in recess

* * *

1:19 Court reconvenes; jury reenters

1:20 Government calls Chris Colla

1:20 Witness is sworn

1:20 Government's attorney Kwaterski begins direct examination of Chris Colla

1:23 Government reads parties' stipulation 9 and 13, as to Exs. 109, 110, 111, 112, 113, and 117; moves to admit these exhibits into evidence; Court grants and receives these exhibits into evidence

1:26 Government references Ex. 117, previously admitted into evidence pursuant to parties' stipulation #13

1:32 Government moves to admit Ex. 120; Court grants and receives Ex. 120 into evidence

1:40 Government moves to admit Ex. 121; Court grants and receives Ex. 121 into evidence

1:46 Government's attorney Kwaterski concludes direct examination of Chris Colla

1:47 Attorney Webb concludes Bowman's cross examination of Chris Colla

1:47 Attorney Webb references Ex. 116A; Government objects that this exhibit is not in evidence and was not subject to witness's testimony; Attorney Webb questions witness regarding foundation; Attorney Webb moves to admit Ex. 116A; Court grants and receives Ex. 116A into evidence

1:57 Government's attorney objects that Attorney Webb's question misstates prior testimony; Court permits witness to answer

1:59 Attorney Webb concludes Bowman's cross examination of Chris Colla

2:00 Attorney Moyers begins Turner's cross examination of Chris Colla

2:03 Attorney Moyers concludes Turner's cross examination of Chris Colla

2:03 Parties have no further questions of this witness

2:04 Chris Colla is excused

2:04 Government calls Antonio Fitzgerald

2:05 Witness is sworn

2:05 Government's attorney Schindhelm begins direct examination of Antonio Fitzgerald

2:08 Government references Exs. 33A, 33B; moves to admit Exs. 33A and 33B; Court grants and receives Ex. 33A and 33B into evidence

2:14 Government moves to admit Exs. 34A and 34B; Court grants and receives Ex. 34A and 34B into evidence

2:15 Government references Ex. 35A through 35K; moves to admit Exs. 35A through 35K; Court grants and receives Ex. 35A through 35K into evidence

2:21 Government references Exs. 30, 31, 32, previously admitted into evidence

2:22 Government's attorney Schindhelm concludes direct examination of Antonio Fitzgerald

2:23 Attorney Webb begins Bowman's cross examination of Antonio Fitzgerald

2:24 Attorney Webb concludes Bowman's cross examination of Antonio Fitzgerald

2:24 Attorney Moyers begins Turner's cross examination of Antonio Fitzgerald

2:24 Attorney Moyers concludes Turner's cross examination of Antonio Fitzgerald

2:24 Government's attorney Schindhelm begins redirect examination of Antonio Fitzgerald

| | |
|---|---|
| 2:26 | Attorney Webb objects to Government's question on hearsay grounds |
| 2:27 | Government's attorney Schindhelm concludes redirect examination of Antonio Fitzgerald |
| 2:27 | Attorney Webb begins Bowman's re-cross examination of Antonio Fitzgerald |
| 2:28 | Government's attorney Schindhelm objects to Attorney Webb's question on hearsay grounds |
| 2:31 | Court recesses to address technical difficulties |

\* \* \*

| | |
|---|---|
| 2:40 | Court reconvenes; jury reenters |
| 2:41 | Attorney Webb concludes Bowman's re-cross examination of Antonio Fitzgerald |
| 2:41 | Parties have no further questions of this witness |
| 2:41 | Antonio Fitzgerald is excused |
| 2:41 | Government calls Jasemin Pasho |
| 2:42 | Witness is sworn |
| 2:42 | Government's attorney Kwaterski begins direct examination of Jasemin Pasho |
| 2:45 | Government references Ex. 35J, previously admitted into evidence |
| 2:49 | Government references Ex. 34A, previously admitted into evidence |
| 2:51 | Government references Ex. 36A, 36D, 36E |
| 2:55 | Government's attorney Kwaterski concludes direct examination of Jasemin Pasho |
| 2:55 | Attorney Webb begins Bowman's cross examination of Jasemin Pasho |
| 2:56 | Attorney Webb references Ex. 34B, previously admitted into evidence |
| 3:03 | Attorney Webb concludes Bowman's cross examination of Jasemin Pasho |
| 3:03 | Parties have no further questions of this witness |
| 3:03 | Jasemin Pasho is excused |
| 3:03 | Government calls Troy Chadwick |
| 3:05 | Witness is sworn |
| 3:05 | Government's attorney Schindhelm begins direct examination of Troy Chadwick |
| 3:06 | Government references f; moves to admit Ex. 41 into evidence; Defendants have no objection to Troy Chadwick testifying as an expert; Court grants and receives Ex. 41 into evidence, and will permit Troy Chadwick to testify as an expert |
| 3:17 | Government references Ex. 144A (subject to parties' stipulation #21 and part of Ex. 143) |
| 3:18 | Government references Exs. 39, 40; moves to admit Exs. 39, 40 into evidence; Court grants and receives Exs. 39, 40 into evidence |
| 3:19 | Government references Exs. 30, 31, 32, 37 previously admitted into evidence |
| 3:22 | Government references Ex. 144B (subject to parties' stipulation #21 and part of Ex. 143) |
| 3:26 | Government references Ex. 144F (subject to parties' stipulation #21 and part of Ex. 143) |
| 3:27 | Government references Ex. 144E (subject to parties' stipulation #21 and part of Ex. 143) |
| 3:29 | Government references Exs. 14, 15, 16, 27, previously admitted into evidence |
| 3:44 | Government's attorney Schindhelm concludes direct examination of Troy Chadwick |
| 3:44 | Court stands in recess |

\* \* \*

| | |
|---|---|
| 3:58 | Court reconvenes; jury reenters |
| 3:59 | Attorney Webb begins Bowman's cross examination of Troy Chadwick |
| 4:02 | Attorney Webb concludes Bowman's cross examination of Troy Chadwick |
| 4:02 | Attorney Moyers begins Turner's cross examination of Troy Chadwick |
| 4:02 | Attorney Moyers concludes Turner's cross examination of Troy Chadwick |

| | |
|---|---|
| 4:02 | Parties have no further questions of this witness |
| 4:02 | Troy Chadwick is excused |
| 4:02 | Government calls Kerry Kolecheck |
| 4:03 | Witness is sworn |
| 4:03 | Government's attorney Schindhelm begins direct examination of Kerry Kolecheck |
| 4:06 | Government references Ex. 149; moves to admit Ex. 149 into evidence; Defendants have no objection to Kerry Kolecheck testifying as an expert; Court grants and receives Ex. 149 into evidence, and will permit Troy Chadwick to testify as an expert |
| 4:10 | Government references Ex. 74, previously admitted into evidence pursuant to parties' stipulation #21 |
| 4:14 | Government references Exs. 75A, 75B, previously admitted into evidence pursuant to parties' stipulation as to Ex. 74 |
| 4:14 | Government references Ex. 77, previously admitted into evidence pursuant to parties' stipulation as to Ex. 74 |
| 4:33 | Government references Ex. 77B, previously admitted into evidence pursuant to parties' stipulation as to Ex. 74 and as part of Ex. 77 |
| 4:38 | Government references Ex. 77A, previously admitted into evidence pursuant to parties' stipulation as to Ex. 74 and as part of Ex. 77 |
| 4:42 | Government references Ex. 77C, previously admitted into evidence pursuant to parties' stipulation as to Ex. 74 and as part of Ex. 77 |
| 4:53 | Government's attorney Schindhelm concludes direct examination of Kerry Kolecheck |
| 4:53 | Attorney Webb begins Bowman's cross examination of Kerry Kolecheck |
| 4:55 | Attorney Webb references Ex. 75A, previously admitted into evidence pursuant to parties' stipulation as to Ex. 74 |
| 5:06 | Attorney Webb references Ex. 77B, previously admitted into evidence pursuant to parties' stipulation as to Ex. 74 and as part of Ex. 77 |
| 5:07 | Attorney Webb concludes Bowman's cross examination of Kerry Kolecheck |
| 5:07 | Turner has no cross examination of Kerry Kolecheck |
| 5:07 | Government's attorney Schindhelm begins redirect examination of Kerry Kolecheck |
| 5:13 | Government's attorney Schindhelm concludes redirect examination of Kerry Kolecheck |
| 5:13 | Parties have no further questions of this witness |
| 5:13 | Kerry Kolecheck is excused |
| 5:13 | Court holds sidebar with counsel |
| 5:16 p.m. | Court stands in recess for the day |

**Thursday, February 26, 2026**

| | |
|---|---|
| 8:31 | Court reconvenes; jury reenters; case called; appearances |
| 8:33 | Government calls Brian Linert |
| 8:33 | Witness is sworn |
| 8:34 | Government's attorney Schindhelm begins direct examination of Brian Linert |
| 8:34 | Government references Ex. 22; moves to admit Ex. 22 into evidence; Defendants have no objection to Brian Linert testifying as an expert; Court grants and receives Ex. 22 into evidence, and will permit Brian Linert to testify as an expert |

| | |
|---|---|
| 8:37 | Government references Ex. 23; moves to admit Ex. 23; Court grants and receives Ex. 23 into evidence |
| 8:39 | Government references Ex. 26; moves to admit Exs. 26A, 26B, and 26C; Court grants and receives Ex. 26A, 26B, and 26C into evidence |
| 8:43 | Government references Ex. 24; moves to admit Ex. 24; Court grants and receives Ex. 24 into evidence |
| 8:46 | Government references Ex. 25; moves to admit Ex. 25A through 25E, inclusive; Court grants and receives Ex. 25A through 25E into evidence |
| 8:52 | Court holds sidebar with counsel |
| 8:58 | Government's attorney Schindhelm concludes direct examination of Brian Linert |
| 8:58 | Parties have no further questions of this witness |
| 8:58 | Brian Linert is excused |
| 8:58 | Government reads parties' stipulation #22 |
| 9:00 | Government reads parties' stipulation #23, noting that the referenced search was a consent search rather than pursuant to a federal search warrant |
| 9:01 | Government reads parties' stipulation #24 |
| 9:02 | Government moves to admit Exs. 133, 134; Court grants and receives Ex. 133 and 134 into evidence |
| 9:02 | Government reads parties' stipulation #25 |
| 9:02 | Government moves to admit Ex. 138; Court grants and receives Ex. 138 into evidence |
| 9:02 | Government reads parties' stipulations #26, #27, #28, #29 |
| 9:05 | Government reads parties' stipulations #3, #4; moves to admit Exs. 42, 43, and 44; Court grants and receives Exs. 42, 43, and 44 into evidence |
| 9:06 | Government calls George Reinerth |
| 9:06 | Witness is sworn |
| 9:07 | Government's attorney Kwaterski begins direct examination of George Reinerth |
| 9:09 | Government references Ex. 47; moves to admit Ex. 47 into evidence; Court grants and receives Ex. 47 into evidence; Government further moves that George Reinert be permitted to testify as an expert on cellular analysis survey undertaken as part of this case; Defendants have no objection |
| 9:20 | Government references Ex. 46; moves to admit Ex. 46 into evidence; Court grants and receives Ex. 46 into evidence |
| 9:35 | Court asks witness a question; witness responds |
| 9:48 | Attorney Webb objects to Government's question |
| 9:54 | Government's attorney Kwaterski concludes direct examination of George Reinerth |
| 9:54 | Attorney Moyers begins Turner's cross examination of George Reinerth |
| 10:07 | Attorney Moyers concludes Turner's cross examination of George Reinerth |
| 10:07 | Attorney Webb begins Bowman's cross examination of George Reinerth |
| 10:15 | Attorney Webb concludes Bowman's cross examination of George Reinerth |
| 10:16 | Government's attorney Kwaterski begins redirect examination of George Reinerth |
| 10:20 | Government's attorney Kwaterski concludes redirect examination of George Reinerth |
| 10:20 | Parties have no further questions of this witness |
| 10:20 | George Reinerth is excused |
| 10:21 | Court stands in recess |

\* \* \*

10:36 Court reconvenes; jury reenters

10:36 Government calls Jacob Dettmering

10:36 Witness is sworn

10:37 Government's attorney Schindhelm begins direct examination of Jacob Dettmering

10:41 Government references Ex. 138, previously admitted into evidence pursuant to parties' stipulation #25

10:44 Government references Ex. 132, previously admitted into evidence pursuant to parties' stipulation #18

10:47 Government references Ex. 158, previously referenced by Attorney Webb

10:50 Attorney Webb objects to Government's question; withdrawn

10:53 Attorney Webb objects to Government's line of questioning as irrelevant; Court sustains objection

10:54 Attorney Webb objects to Government's line of questioning as irrelevant; Court directs Government to move on

10:56 Government references Ex. 87, previously admitted into evidence pursuant to parties' stipulation as to Ex. 81

10:59 Government references Ex. 144E, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 143

11:03 Government references Ex. 121, previously admitted into evidence

11:03 Attorney Moyers objects to Government's question as lacking foundation; Government withdraws question; Attorney Webb moves to strike witness's response; Court grants request, response is stricken

11:04 Government references Ex. 62N, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 58

11:06 Government references Ex. 79A and 79E, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 74

11:07 Government references Ex. 42, previously admitted into evidence

11:11 Government references Ex. 66, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 65

11:14 Government references Ex. 46

11:16 Attorney Webb objects; Government withdraws questions

11:18 Attorney Webb objects that witness is not qualified to testify to Ex. 46; Government responds; Court overrules objection

11:22 Government references Ex. 52, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 50

11:27 Government references Exs. 76, 76A, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 74

11:29 Government references Ex. 61L, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 58

11:30 Government references Ex. 90, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 81

11:32 Government references Ex. 67, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 65

11:37 Government references Ex. 72, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 65

11:39 Government references Ex. 68, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 65

11:42 Government references Ex. 122E2, previously admitted into evidence pursuant to parties' stipulation #15

11:44 Government references Ex. 122E3, previously admitted into evidence pursuant to parties' stipulation #15

11:45 Government references Ex. 125

11:46 Government references Ex. 122E4, previously admitted into evidence pursuant to parties' stipulation #15

11:48 Government references Ex. 122G, previously admitted into evidence pursuant to parties' stipulation #15

11:52 Government references Ex. 123, previously admitted into evidence pursuant to parties' stipulation #15

11:53 Court stands in recess to permit Government to resolve technical difficulties

* * *

12:00 p.m.   Court reconvenes; jury reenters

12:01 Government continues direct examination of Jacob Dettmering; references Ex. 123

12:02 Attorney Webb objects; Government withdraws question

12:04 Government references Ex. 122H, previously admitted into evidence pursuant to parties' stipulation #15

12:04 Government references Ex. 126A, previously admitted into evidence pursuant to parties' stipulation #16

12:04 Government references Ex. 130A

12:12 Government references Ex. 124, previously admitted into evidence pursuant to parties' stipulation #15

12:19 Government references Ex. 123, previously admitted into evidence pursuant to parties' stipulation #15

12:21 Government references Ex. 131, previously admitted into evidence pursuant to parties' stipulation #15

12:30 Government references Ex. 123, previously admitted into evidence pursuant to parties' stipulation #15

12:34 Government references Ex. 129

12:35 Attorney Webb moves to strike witness's prior response; Government clarifies

12:37 Government moves to admit Ex. 129; Court grants and receives Ex. 129 into evidence

12:39 Government references Exs. 148A and 148B, previously admitted into evidence pursuant to parties' stipulation #21

12:41 Attorney Webb objects that Government's question calls for speculation; Court sustains objection

12:43 Government references Ex. 93, previously admitted pursuant to parties' stipulation #21 and as part of Ex. 81

12:45 Government references Ex. 94, previously admitted pursuant to parties' stipulation #21 and as part of Ex. 81

| | |
|---|---|
| 12:46 | Government references Ex. 86A, previously admitted pursuant to parties' stipulation #21 and as part of Ex. 81 |
| 12:50 | Government's attorney Schindhelm concludes direct examination of Jacob Dettmering |
| 12:51 | Court stands in recess |

* * *

| | |
|---|---|
| 1:46 | Court reconvenes; jury reenters |
| 1:47 | Attorney Webb begins Bowman's cross examination of Jacob Dettmering |
| 2:00 | Government objects on hearsay; Attorney Webb clarifies questions |
| 2:05 | Government objects on speculation; Court directs witness to respond |
| 2:14 | Government objects on hearsay; Court overrules objection |
| 2:18 | Attorney Webb references Ex. 90, previously admitted into evidence |
| 2:32 | Attorney Webb references Ex. 122G, previously admitted into evidence |
| 2:38 | Attorney Webb references Ex. 122K, previously admitted into evidence |
| 2:43 | Attorney Webb references Ex. 148, previously admitted into evidence |
| 2:50 | Attorney Webb references Ex. 123, previously admitted into evidence |
| 3:05 | Attorney Webb concludes Bowman's cross examination of Jacob Dettmering |
| 3:05 | Attorney Moyers begins Turner's cross examination of Jacob Dettmering |
| 3:11 | Attorney Moyers concludes Turner's cross examination of Jacob Dettmering |
| 3:11 | Government's attorney Schindhelm begins redirect examination of Jacob Dettmering |
| 3:13 | Government references Ex. 90 |
| 3:14 | Government references Ex. 61O, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 58 |
| 3:15 | Government references Ex. 106K, previously admitted into evidence pursuant to parties' stipulation #21 and as part of Ex. 103 |
| 3:16 | Government references Ex. 148 and 148C, previously admitted into evidence |
| 3:18 | Government references stipulation #26 |
| 3:20 | Government references Ex. 136 |
| 3:24 | Government's attorney Schindhelm concludes redirect examination of Jacob Dettmering |
| 3:25 | Attorney Webb begins Bowman's re-cross examination of Jacob Dettmering |
| 3:31 | Attorney Webb concludes Bowman's re-cross examination of Jacob Dettmering |
| 3:31 | Court asks question of witness |
| 3:31 | Parties have no further questions of this witness |
| 3:31 | Jacob Dettmering is excused |
| 3:32 | Court stands in recess |

* * *

| | |
|---|---|
| 3:44 | Court reconvenes; Court requests counsel to update on remaining time in case |
| 3:45 | Government comments |
| 3:45 | Attorney Webb comments |
| 3:46 | Attorney Moyers comments |
| 3:47 | Jury reenters |
| 3:48 | Government reads parties' stipulation as to Ex. 139; moves to admit Ex. 139; Court grants and receives Ex. 139 into evidence |
| 3:49 | Government reads parties' stipulation as to Exs. 51, 52, 53, 54, 56, 57, 59, 60, 61, 62, 63, 64, 66 through 73, 75A, 75B, 76, 77, 78, 79, 82 through 102, 144A through 144F; Court grants and |

receives these exhibits into evidence

3:51    Government rests

3:51    Court stands in recess insofar as the jury is concerned

3:54    Court discusses jury instruction conference; defense requests recess to confer with Defendants

3:54    Court stands in recess until 4:30

* * *

4:31    Court reconvenes

4:31    Attorney Webb indicates Bowman will rest after reading stipulation and will be prepared to deliver closing argument tomorrow morning

4:32    Attorney Moyers indicates Turner states the same

4:32    Court comments on anticipated schedule

4:35    Government comments

4:36    Court directs parties to email requested changes to jury instructions to deputy clerk

4:37 p.m.    Court stands in recess for the day

### Friday, February 27, 2026

8:34 a.m.    Case called; appearances

8:35    Attorney Webb notes his understanding that Defendant Bowman intends to waive his right to testify

8:36    Court conducts colloquy with Defendant Bowman, who waives his right to testify

8:37    Attorney Moyers notes his understanding that Defendant Turner intends to waive his right to testify

8:38    Court conducts colloquy with Defendant Turner, who waives his right to testify

8:38    Government moves to admit Exs. 36A, 36D, 36E, 107, 130, 125; defense moves to admit Exs. 154, 158; Court grants and receives these exhibits into evidence

8:41    Jury reenters

8:41    Attorney Webb reads parties' stipulation into the record

8:42    Bowman defense rests

8:42    Turner defense rests

8:42    Parties have no additional evidence

8:43    Court declares receipt of evidence closed

8:43    Court explains schedule for remainder of day

8:47    Court stands in recess insofar as the jury is concerned

8:48    Jury instruction conference is held

9:02    Court stands in recess

* * *

10:04    Court reconvenes; Court notes that jury instructions have been distributed to counsel and assembled for jurors

10:05    Jury reenters

10:06    Bailiff distributes instructions to jury

10:06    Court reads jury instructions, Part I, General Introduction

10:18    Court pauses to permit juror to use restroom

10:25    Court holds sidebar with counsel

| | |
|---|---|
| 10:28 | Court resumes reading jury instructions |
| 10:43 | Court reads jury instructions, Part II, The Law Applicable to the Offenses With Which the Defendants are Charged |
| 11:24 | Court reads jury instructions, Part III, Deliberations, including verdict forms |
| 11:37 | Court stands in recess |

\* \* \*

| | |
|---|---|
| 11:58 | Court reconvenes; jury reenters |
| 12:00 | Court notes that error in Turner verdict form has been corrected and provided to jury in instruction binders |
| 12:01 | Government's attorney Schindhelm delivers closing argument |
| 12:46 | Court stands in recess insofar as the jury is concerned |
| 12:47 | Court notes change in statute number on jury instructions pages 24, 25, and 26 and that it will distribute corrected copies of the instructions and advise jury |
| 12:48 | Court stands in recess |

\* \* \*

| | |
|---|---|
| 1:30 | Court reconvenes |
| 1:30 | Court notes that a juror is ill; Government's position is that this juror should be excused; Bowman and Turner stipulate to her being excused as an alternate |
| 1:31 | Court instructs bailiff to excuse Juror No. 36 |
| 1:33 | Jury reenters |
| 1:33 | Court notes to jury that Juror No. 36 has been designated an alternate due to illness, and excused |
| 1:33 | Court further notes that typographical error has been corrected in jury instructions |
| 1:34 | Government's attorney Schindhelm continues closing argument |
| 2:05 | Government's attorney Schindhelm concludes closing argument |
| 2:06 | Attorney Moyers delivers Turner's closing argument |
| 2:15 | Government objects to closing statement; Attorney Moyers continues |
| 2:25 | Attorney Moyers concludes Turner's closing argument |
| 2:25 | Attorney Webb delivers Bowman's closing argument |
| 3:10 | Attorney Webb concludes Bowman's closing argument |
| 3:10 | Court stands in recess for afternoon break |

\* \* \*

| | |
|---|---|
| 3:25 | Court reconvenes; jury reenters |
| 3:26 | Government's attorney Schindhelm delivers rebuttal argument |
| 3:38 | Government's attorney Schindhelm concludes rebuttal argument |
| 3:39 | Court reads concluding instructions to the jury |
| 3:46 | Court directs Bowman to randomly select an alternate juror |
| 3:46 | Bowman selects alternate juror |
| 3:47 | Juror No. 14 selected as alternate |
| 3:48 | Bailiffs sworn |
| 3:49 | Court thanks jury for its service; provides further instructions to jury |
| 3:53 | Jury retires for deliberations; Court stands in recess insofar as the jury is concerned |
| 3:45 | Government will provide a copy of admitted exhibits to deputy clerk |
| 3:55 | Defense has no further matters to make of record |

3:55 Court thanks parties for their efforts in this matter

3:57 Court instructs counsel to be available within 30 minutes; counsel is otherwise excused

3:57 Court stands in recess for the day

## Monday, March 2, 2026

3:45 Court reconvenes; case called; appearances

3:46 Court states that jury has notified the bailiff that they have reached a verdict

3:46 Court makes record of jury questions and request for materials and Court's responses thereto

3:48 Jury reenters

3:49 Court asks the foreperson if the jury has reached a verdict as to each Defendant, and the foreperson confirms that they have

3:50 Court directs deputy clerk to publish the verdict as to Defendant Bowman

3:51 Deputy clerk does so

3:54 Court asks jury whether the published verdict is their true verdict as to Defendant Bowman; jury responds affirmatively

3:54 Bowman requests jury polling; deputy clerk polls the jury and each juror responds affirmatively

3:57 Court directs deputy clerk to publish the verdict as to Defendant Turner

3:57 Deputy clerk does so

3:59 Court asks jury whether the published verdict is their true verdict as to Defendant Turner; jury responds affirmatively

3:59 Defendant Turner declines jury polling

3:59 Court directs Clerk of Court to file the verdict

4:00 Court addresses jury

4:04 Jury is discharged

4:05 Court enters judgment of conviction as to Ronnell Bowman as to each of the offenses charged in the Second Superseding Indictment on which he proceeded to trial; Court directs that a presentence investigation report be completed and disclosed to counsel not later than May 15, 2026, with objections due May 29, 2026; sentencing set for Defendant Bowman on Friday, June 12, 2026 at 8:30 a.m.

4:07 Court enters judgment of conviction as to Lawrence Turner as to each of the offenses charged in the Second Superseding Indictment on which he proceeded to trial; Court directs that a presentence investigation report be completed and disclosed to counsel not later than May 15, 2026, with objections due May 29, 2026; sentencing set for Defendant Turner on Thursday, June 18, 2026 at 8:30 a.m.

4:08 Government comments preexisting restrictions on Defendant Bowman's phone and video visits in custody, ECF No. 883

4:09 Government further notes parties' response to jury questions including Defendants' waivers of appearances in court to discuss those questions

4:09 Attorney Webb requests that Defendant Bowman be relieved of prior restrictions on visits in custody

4:10 Court declines to vacate prior order but directs Attorney Webb to confer with the Government to attempt to agree on any modifications sought

4:12 Attorney Moyers discusses potential post-trial motions

4:12   Court directs any party intending to file a post-trial motion to get a transcript

4:13 p.m.     Court stands in recess